U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2026 OCT 16 P 3:14

CLERK
BY ____ DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| JAIDEN KELLY GREEN, Plaintiff, | ) | |
| v. | ) | Case No. 2:26-cv-00163 |
| KYLE YOUNG AND TIMOTHY HINKLEY, Defendants. | ) | |

**OPINION AND ORDER**
**ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION, DISMISSING CASE, AND GRANTING PLAINTIFF LEAVE TO FILE A MOTION TO REOPEN**
(Doc. 4)

On May 14, 2026, self-represented Plaintiff Jaiden Kelly Green filed an application for leave to proceed *in forma pauperis* ("IFP") and a proposed Complaint asserting claims against Defendants Kyle Young and Timothy Hinkley in their individual and official capacities as a supervisor and correctional officer, respectively, at Southern State Correctional Facility ("SSCF"). In a June 8, 2026 order, the Magistrate Judge denied Plaintiff's motion to proceed IFP because his application failed to include the required certification from a SSCF official. *See* 28 U.S.C. § 1915(a)(2) (requiring "a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint[,] obtained from the appropriate official of each prison at which the prisoner is or was confined[]"). The Magistrate Judge granted Plaintiff thirty days to file a renewed IFP application or to pay the $405.00 filing fee. Plaintiff has not filed a renewed application.

On August 18, 2026, the Magistrate Judge issued a Report and Recommendation ("R & R") (Doc. 4), and recommended the court dismiss the case because Plaintiff failed to file a renewed IFP application by July 8, 2026. On September 3, 2026, a copy of the

R & R sent to Plaintiff at his last known mailing address at SSCF was returned as undeliverable.

A district judge must make a *de novo* determination of those portions of a magistrate judge's report and recommendation to which an objection is made. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1); *Cullen v. United States*, 194 F.3d 401, 405 (2d Cir. 1999). The district judge may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge. 28 U.S.C. § 636(b)(1); *accord Cullen*, 194 F.3d at 405. A district judge, however, is not required to review the factual or legal conclusions of the magistrate judge as to those portions of a report and recommendation to which no objections are addressed. *Thomas v. Arn*, 474 U.S. 140, 150 (1985).

Pursuant to this court's Local Rules, a party has an obligation to apprise the court of a current mailing address to which a court may mail orders and other notices. D. Vt. L.R. 11(c) ("An attorney or *pro se* party must notify the court of any change of address[.]"). Additionally, a party has an obligation to monitor a lawsuit in which he or she is involved, especially if the party has initiated the litigation. *See U.S. ex rel. McAllan v. City of New York*, 248 F.3d 48, 53 (2d Cir. 2001) ("[P]arties have an obligation to monitor the docket sheet to inform themselves of the entry of orders[.]").

The court agrees with the Magistrate Judge's conclusion that Plaintiff's initial IFP application did not include the required certification and that his failure to file a renewed IFP application within thirty days of the June 8, 2026 order warrants dismissal. The court therefore ADOPTS the Magistrate Judge's R & R (Doc. 4) as the court's Opinion and Order and DISMISSES the case WITHOUT PREJUDICE. Although Plaintiff has failed to comply with Local Rule 11(c), in light of his self-represented status, the court GRANTS him twenty (20) days from the date of this Order to file a motion to reopen the case and provide good cause for his lack of compliance. *See* Fed. R. Civ. P. 60(b).

Pursuant to 28 U.S.C. § 1915(a)(3), the court DENIES Plaintiff a certificate of appealability in this matter because Plaintiff has failed to make a substantial showing of the denial of a constitutional right.

SO ORDERED.

Dated at Burlington, in the District of Vermont, this 16th day of October, 2026.

Christina Reiss, Chief Judge
United States District Court